IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TARONE L. JAMES                                                                  PLAINTIFF

v.                              No. 3:15-cv-80-DPM-BD

BRENT DUNCAN, Jail Administrator, Craighead
Detention Center; DR. ART BENTLEY;
CHAISITY JACKSON; and TRACY REESE                         DEFENDANTS

ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). James's claim that the Detention Center officials improperly charged him for the medical services is dismissed with prejudice. Duncan is dismissed without prejudice as a defendant.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 May 2015