# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TARONE L. JAMES**                                                                                    **PLAINTIFF**

**V.**            **CASE NO. 3:15-CV-00080 DPM/BD**

**BRENT DUNCAN, et al.**                                                                       **DEFENDANTS**

## ORDER

Separate Defendants Bentley, Jackson, and Reece have moved for an order compelling Mr. James to respond to their discovery requests. (Docket entry #20) The motion (#20) is GRANTED.

Mr. James has until November 12, 2015, to respond to the discovery requests at issue. If he fails to comply with this order, he risks having some or all of his claims dismissed, without prejudice. See Local Rule 5.5.

Mr. James has moved for court-appointed counsel. (#21) That motion is DENIED for reasons explained in a previous order (#2).

IT IS SO ORDERED, this 14th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE