**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TARONE L. JAMES                                                          PLAINTIFF

V.                              CASE NO. 3:15-CV-00080 DPM/BD

BRENT DUNCAN, et al.                                          DEFENDANTS

<u>**ORDER**</u>

Mr. James, an Arkansas Department of Correction ("ADC") inmate formerly housed at the Craighead County Detention Center ("Detention Center"), alleges that the Defendants acted with deliberate indifference to his medical needs.  (Docket entry #1) The Court previously determined that Mr. James had stated a constitutional claim against Defendants Bentley, Jackson, and Reese.  (Docket entry #2)

Recently, Defendants moved for an order compelling Mr. James to respond to their discovery requests, and the Court granted that motion.  (#20, #22)  Mr. James had until November 12, 2015, to respond to the outstanding discovery requests.  That order was returned to the Court as "undeliverable," however, with a notation that the order was forwarded to Mr. James at the East Arkansas Regional Unit.  It is unclear whether Mr. James ever received the Court's October 14, 2015 Order.

The Clerk of the Court is directed to forward a copy of the Order (#22) to Mr. James at the East Arkansas Regional Unit, P.O. Box 970, Marianna, Arkansas 72360. Mr. James may have until December 23, 2015, to respond to the Defendants' discovery requests, as required by the Court's order (#22), and to notify the Court of his current

address.  His failure to comply with the Court's order could result in the dismissal of his claims.

In addition, Defendants are instructed to notify the Court whether Mr. James has provided the discovery responses at issue by December 18, 2015.

IT IS SO ORDERED, this 23rd day of November, 2015.

_____

UNITED STATES MAGISTRATE JUDGE