IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TARONE L. JAMES                                                                    PLAINTIFF

v.                                      No. 3:15-cv-80-DPM

DR. ART BENTLEY; CHAISITY JACKSON,
Nurse; and TRACY REESE, Nurse                                              DEFENDANTS

ORDER

Unopposed recommendation, № 26, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). James hasn't kept his address current; his mail is being returned. № 23 & 27. His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2016