IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TARONE L. JAMES                                                          PLAINTIFF

v.                          No. 3:15-cv-80-DPM

BRENT DUNCAN, Jail Administrator, Craighead
County Detention Center; DR. ART BENTLEY;
CHAISITY JACKSON, Nurse; and TRACY
REESE, Nurse                                                            DEFENDANTS

## JUDGMENT

1. James's clam that he was improperly charged for medical services is dismissed with prejudice.

2. James's other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2016